# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:10-cr-00216-RJC

| | |
|---|---|
| USA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| CORY ANTHONY ROGERS, ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court upon request of the United States Probation Office to modify the conditions of the defendant's supervision. (Doc. No. 2).

As stated during the evidentiary hearing on the request, the Court finds good cause to modify the defendant's supervision conditions.

**IT IS, THEREFORE, ORDERED** that the defendant shall submit to home detention, with electronic monitoring or other location verification system, for a period of 60 days at the direction of the U.S. Probation Officer. During this time, the defendant shall remain at his residence except for employment and other activities approved in advance by the probation officer. The defendant shall maintain a telephone at the place of residence without any "call forwarding," "caller ID," "call waiting," modems, answering machines, cordless telephones or other special services for the above period. The defendant may be required to wear an electronic device or submit to another location verification system and shall observe the rules specified by the Probation Officer. The defendant shall pay for the cost of such monitoring.

**IT IS FURTHER ORDERED** that the defendant shall complete Moral Recognition Therapy at the direction of the Probation Officer. All other conditions remain unchanged.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, and the United States Probation Office.

Signed: March 27, 2013

Robert J. Conrad, Jr.
Chief United States District Judge